# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Ethel M. Basham,                                   Civil No. 08-2331 (RHK/JJG)

          Plaintiff,                          **DISQUALIFICATION AND
                                         ORDER FOR REASSIGNMENT**

vs.

Wyeth and its divisions, Wyeth
Pharmaceuticals, Inc., Pharmacia &
Upjohn Company, LLC, f/k/a Pharmacia
& Upjohn Company, Pfizer, Inc.,

          Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of
the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned
recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of
Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted
to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card
in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in
the above-captioned case.

Dated:  June 18, 2008

                                s/Richard H. Kyle
                                RICHARD H. KYLE
                                United States District Judge